■ SCOTT GREEN, Individually and as Father and Natural Guardian of MORGAN GREEN, Respondent, v GRAND ISLAND CENTRAL SCHOOL DISTRICT et al., Appellants. [992 NYS2d 664]— Appeal from an order of the Supreme Court, Erie County (Donna M. Siwek, J.), entered September 27, 2013. The order, insofar as appealed from, granted that part of the application of claimant seeking leave to serve a late notice of claim on behalf of Morgan Green.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Smith, J.P., Fahey, Lindley, Valentino and DeJoseph, JJ.

■ FISSURE PARTNERS LLC, Respondent, v MAXIMUS HILL, LLC, et al., Defendants, RICHARD FERGUSON, Appellant, and VLADIMIR SHNEYDER et al., Respondents. DEAN J. FERO, ESQ., Respondent. [992 NYS2d 664]—Appeal from an order of the Supreme Court, Monroe County (Matthew A. Rosenbaum, J.), entered June 26, 2013. The order, among other things, denied the motion of defendant Richard Ferguson to set aside and cancel certain assignments of judgments.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Smith, J.P., Fahey, Lindley, Valentino and DeJoseph, JJ.